1 | MICHAEL C. SULLIVAN (SBN 131817)
  | msullivan@paulplevin.com
2 | MARTINA M. NAGLE (SBN 140341)
  | tnagle@paulplevin.com
3 | PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
  | 401 B Street, Tenth Floor
4 | San Diego, California 92101-4232
  | Telephone: 619-237-5200
5 | Facsimile: 619-615-0700

6

7 | Attorneys for Defendant
  | LEVEL 3 COMMUNICATIONS, LLC

**FILED**

2008 JAN 15 P 2:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

8 |              UNITED STATES DISTRICT COURT

9 |              NORTHERN DISTRICT OF CALIFORNIA

10 |                   SAN JOSE DIVISION

11 | SELENA SANTA CRUZ,

12 |              Plaintiff,

13 |     v.

14 | LEVEL 3 COMMUNICATIONS, LLC, a
   | Delaware Limited Liability Company; and
15 | DOES 1-50,

16 |              Defendants.

17

18

CASE NO. **C08 00265 RS**

**PROOF OF SERVICE**

19 | I, Julia M. Szlakowski, hereby declare that I am over the age of eighteen years and not a

20 | party to this action. I am employed, or am a resident of, the County of San Diego, California, and

21 | my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor,

22 | San Diego, California 92101.

23 | On January 15, 2008, I caused to be served the following document(s):

24 | • **CIVIL CASE COVER SHEET**

25 | • **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (28 U.S.C. §1332 – DIVERSITY)**

26 | on the interested party (ies) in this action by placing [×] a true copy [ ] the original thereof and

27 | addressed as follows:

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                                    1                                    00cv0000

Gerald Emanuel/gemanuel@hinklelaw.com
Amy Carlson/acarlson@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel: 408-246-5500/ Fax: 408-246-1051

☑ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. The transmitting facsimile machine number is **619-615-0700**. The fax number of the party being served is indicated above. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I caused to be delivered such envelope by hand to the office of the addressee. I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit this same day, at my business address shown above, following ordinary business practices for overnight delivery.

☐ (By **E-MAIL or ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2008.

JULIA M. SZLAKOWSKI

PROOF OF SERVICE                    2                    00cv0000

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP