1  MICHAEL C. SULLIVAN (SBN 131817)
   msullivan@paulplevin.com
2  MARTINA M. NAGLE (SBN 160983)
   tnagle@paulplevin.com
3  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
   401 B Street, Tenth Floor
4  San Diego, California 92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6
   Attorneys for Defendant
7  LEVEL 3 COMMUNICATIONS, LLC

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | SELENA SANTA CRUZ,                        | CASE NO. C 08-00265 RS (ADR)

12 |          Plaintiff,                       | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

13 |     v.

14 | LEVEL 3 COMMUNICATIONS, LLC, a
    | Delaware Limited Liability Company; and
15 | DOES 1-50,                                | Courtroom:    4, 5th Floor
                                               | Judge:        Hon. Richard Seeborg
16 |          Defendants.                      | Trial Date:   Not Yet Set

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

CONSENT TO PROCEED BEFORE A                                              C 08-00265 RS
UNITED STATES MAGISTRATE JUDGE

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2       In accordance with the provisions of Title 28, U.S.C Section 636(c), the undersigned party

3  hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any

4  and all further proceedings in the case, including trial, and order the entry of a final judgment.

5  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

6  Ninth Circuit.

7

8  Dated: February 5, 2008                    PAUL, PLEVIN, SULLIVAN &
                                              CONNAUGHTON LLP

9

10

11  By: s/Martina M. Nagle
        MICHAEL C. SULLIVAN
        MARTINA M. NAGLE
12      Attorneys for Defendant
        LEVEL 3 COMMUNICATIONS, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE                    1                                    00cv0000

Case name: *Selena Santa Cruz v. Level 3 Communications, LLC; and Does 1-50*
SANTA CLARA COUNTY SUPERIOR COURT Case No. 107CV099737

## PROOF OF SERVICE

I, Julia M. Szlakowski, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On February 5, 2008, I caused to be served the following document(s):

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interested party (ies) in this action by placing [×] a true copy [ ] the original thereof and addressed as follows:

Gerald Emanuel/gemanuel@hinklelaw.com
Amy Carlson/acarlson@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel: 408-246-5500/ Fax: 408-246-1051

[×] (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

[ ] (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

[ ] (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. The transmitting facsimile machine number is **619-615-0700**. The fax number of the party being served is indicated above. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[×] (By **E-MAIL or ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2008.

_____
JULIA M. SZLAKOWSKI

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

2

00cv0000