

**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP

401 B STREET, TENTH FLOOR, SAN DIEGO, CA 92101
PHONE 619·237·5200 | FAX 619·615·0700 | WWW.PAULPLEVIN.COM

MARTINA M. NAGLE    (619) 243-1564    tnagle@paulplevin.com

March 11, 2008

**VIA ELECTRONIC TRANSMISSION**

Hon. Richard Seeborg
Northern District Court of California
Attn: Clerk of the Court
280 South First Street
Courtroom 4, 5th Floor
San Jose, CA 95113

Re:   *Selena Santa Cruz v. Level 3 Communications, LLC; and Does 1-50*
      Case No. C 08-*00265* RS (ADR)

Dear Sir or Madam Clerk:

I am writing to request permission to appear telephonically at the initial Case Management Conference in the above matter set for May 7, 2008 at 2:30 p.m. in San Jose. The reason for my request is that I would be traveling from San Diego to attend the conference in person, and would like to save my client the time and cost of air travel where the option of a telephonic appearance is available.

Thank you in advance for considering this request.

Very truly yours,

**Paul, Plevin, Sullivan & Connaughton** LLP

By: _____
    Martina M. Nagle


cc:   Jackie Peter
      Mike Sullivan