MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
MARTINA M. NAGLE (SBN 160983)
tnagle@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
LEVEL 3 COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SELENA SANTA CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Company; and DOES 1-50,<br><br>    Defendants. | CASE NO. C 08-00265 RS (ADR)<br><br>**NOTICE OF SETTLEMENT**<br><br>Courtroom:   4, 5th Floor<br>Judge:          Hon. Richard Seeborg<br>Trial Date:    Not Yet Set |

TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in this action have entered into a settlement, contingent upon the satisfactory completion of the terms in their settlement agreement.

Dated: April 18, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:  /s/ Martina M. Nagle
   MICHAEL C. SULLIVAN
   MARTINA M. NAGLE
   Attorneys for Defendant
   LEVEL 3 COMMUNICATIONS, LLC

NOTICE OF SETTLEMENT                                       1                                       C 08-00265 RS

*Selena Santa Cruz v. Level 3 Communications, LLC; and Does 1-50*
Case No. C 08-00265 RS (ADR)

## PROOF OF SERVICE

I, Daphne Acebedo, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On April 18, 2008, I caused to be served the following document(s):

- **NOTICE OF SETTLEMENT**

on the interested party(ies) in this action as follows:

> Gerald Emanuel
> Amy Carlson
> HINKLE, JACHIMOWICZ, POINTER & EMANUEL
> 2007 West Hedding Street, Suite 100
> San Jose, CA 95128
> Tel: 408-246-5500/ Fax: 408-246-1051
> Email: gemanuel@hinklelaw.com
> Email: acarlson@hinklelaw.com

☑ (By ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the party(ies) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2008, at San Diego, California.

_____
DAPHNE ACEBEDO