**\*E-FILED\***
**April 18, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SELENA SANTA CRUZ,<br><br>    Plaintiff,<br>v.<br><br>LEVEL 3 COMMUNICATIONS LLC, et al.,<br><br>    Defendants.                              / | No. C 08-00265 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for May 7, 2008. The parties are required to file a stipulation of dismissal by **July 16, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 23, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 18, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Amy Richelle Carlson   acarlson@hinklelaw.com

Gerald A. Emanuel   jemanuel@hinklelaw.com, pstokes@hinklelaw.com

Martina Mende Nagle   tnagle@paulplevin.com

Michael Cody Sullivan , Esq   msullivan@paulplevin.com

Dated: April 18, 2008

　　　　　　　　　　　　　　　　 /s/ BAK
　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California