GERALD A. EMANUEL (SBN 61049)
AMY CARLSON (SBN 213294)
**HINKLE, JACHIMOWICZ, POINTER & EMANUEL**
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Plaintiff
SELENA SANTA CRUZ


MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
MARTINA M. NAGLE (SBN 160983)
tnagle@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
LEVEL 3 COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SELENA SANTA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Company; and DOES 1-50,<br><br>Defendants. | CASE NO. C 08-00265 RS (ADR)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom:  4, 5th Floor<br>Judge:  Hon. Richard Seeborg<br>Trial Date:  Not Yet Set |

///

///

///

1     IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice with
3  each party to bear their own attorneys' fees and costs of suit.

4                                              Respectfully submitted,

5  Dated: 5/13, 2008

                                               PAUL, PLEVIN, SULLIVAN &
6                                              CONNAUGHTON LLP

7                                              By: _____
8                                              MICHAEL C. SULLIVAN
                                               MARTINA M. NAGLE
9                                              Attorneys for Defendant
                                               LEVEL 3 COMMUNICATIONS, LLC

10

11
12  Dated: 5/12, 2008                           HINKLE, JACHIMOWICZ, POINTER &
                                               EMANUEL
13
14                                             By: _____
                                               AMY CARLSON
15                                             Attorneys for Plaintiff
                                               SELENA SANTA CRUZ
16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &          STIPULATION FOR DISMISSAL OF ENTIRE        2                    C 08-00265 RS
CONNAUGHTON LLP     ACTION WITH PREJUDICE

*Selena Santa Cruz v. Level 3 Communications, LLC; and Does 1-50*
Case No. C 08-00265 RS (ADR)

## PROOF OF SERVICE

I, Daphne Acebedo, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On May 14, 2008, I caused to be served the following document(s):

- **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

- **[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on the interested party(ies) in this action as follows:

Gerald Emanuel
Amy Carlson
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Tel: 408-246-5500/ Fax: 408-246-1051
Email: gemanuel@hinklelaw.com
Email: acarlson@hinklelaw.com

☑ (By ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the party(ies) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on May 14, 2008, at San Diego, California.

_____
DAPHNE ACEBEDO

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                    1                    C 08-00265 RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SELENA SANTA CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Company; and DOES 1-50,<br><br>　　　　Defendants. | CASE NO. C 08-00265 RS (ADR)<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom:　4, 5th Floor<br>Judge:　　　Hon. Richard Seeborg<br>Trial Date:　Not Yet Set |

PURSUANT TO STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED that the above-captioned action be and hereby is dismissed with prejudice with each party to bear their own attorneys' fees and costs of suit.

Dated: _____, 2008

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

C 08-00265 RS