*E-FILED 5/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SELENA SANTA CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware Limited Liability Company; and DOES 1-50,<br><br>　　　　Defendants. | CASE NO. C 08-00265 RS (ADR)<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Courtroom:　4, 5th Floor<br>Judge:　　　Hon. Richard Seeborg<br>Trial Date:　Not Yet Set |

PURSUANT TO STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED that the above-captioned action be and hereby is dismissed with prejudice with each party to bear their own attorneys' fees and costs of suit.

Dated: May 19, 2008

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT